UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOHN CHAMBERS,

Defendant.

S1 17 Cr. 396 (WHP)

# VERDICT FORM

**Count One: Bribery**

1. With respect to Count One of the Indictment, how do you find the Defendant, John Chambers?

   _____   \_\_\_\_✓_____
   Not Guilty                Guilty

**Count Two: Conspiracy to Commit Bribery**

2. With respect to Count Two of the Indictment, how do you find the Defendant, John Chambers?

   _____   \_\_\_\_✓_____
   Not Guilty                Guilty

**Count Three: Honest Services Wire Fraud**

3. With respect to Count Three of the Indictment, how do you find the Defendant, John Chambers?

   _____   \_\_\_\_✓_____
   Not Guilty                Guilty

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/18

1

**Count Four: Conspiracy to Commit Honest Services Wire Fraud**

4. With respect to Count Four of the Indictment, how do you find the Defendant, John Chambers?

_____          \_\_\_✓_____
Not Guilty                    Guilty


Dated: New York, NY
       April 24, 2018

_____
Jury Foreperson

2