```
I4OJCHAF                          Verdict
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

       v.                             17 Cr. 396 WHP

JOHN CHAMBERS,

             Defendant.

------------------------------x

                               April 24, 2018
                               9:47 a.m.

Before:

          HON. WILLIAM H. PAULEY III

                          District Judge
                           and a jury


                APPEARANCES

GEOFFREY S. BERMAN,
    Interim United States Attorney for the
    Southern District of New York
ALEX ROSSMILLER,
PAUL M. MONTELEONI,
    Assistant United States Attorneys

GALLET DREYER & BERKEY, LLP
    Attorneys for defendant Chambers
BY:  ROGER LEE STAVIS, Esq.
     JARED B. FOLEY, Esq.
     - and -
STEVEN L. BROUNSTEIN, PLLC
BY:  STEVEN LLOYD BROUNSTEIN, Esq.
           Of counsel

Also Present:
    MICHAEL BUSCEMI, Special Agent FBI
    YOLANDA BUSTILLO, Paralegal Specialist USAO

1              (Deliberations resume)

2              (In open court; jury not present)

3              (Time noted: 9:47 am)

4              THE COURT: Good morning. Please be seated.

5              The jury began deliberating this morning. Alternate

6    13 reported for duty here, and I've excused him and sent him

7    home. A short time ago I received a note from the jury,

8    informing me that the jury has reached a verdict.

9              Where is Mr. Stavis?

10             MR. BROUNSTEIN: Judge, I am assuming he is on his

11   way. I was getting emails from him at 7:00 o'clock this

12   morning. I have known him for 30 years. I have never seen him

13   late in my life. This could be him right now -- no. If we

14   need to proceed, Judge, we can proceed, sir.

15             THE COURT: All right. Let's bring in the jury.

16             (The jury entered the courtroom at exactly 9:48 am)

17             THE COURT: Everyone may be seated. Good morning,

18   members of the jury.

19             JUROR: Good morning, your Honor.

20             THE COURT: Members of the jury, I am informed that

21   you have reached a verdict. I'll ask my Deputy to retrieve the

22   verdict form from the foreperson.

23             (Mr. Stavis entered the courtroom)

24             (Pause)

25             THE COURT: Max, if you would return the verdict form

I4OJCHAF                              Verdict

1   to the foreperson.  Madam foreperson, if you would stand.
2            Madam Foreperson, with respect to Count 1, bribery.
3            With respect to Count 1 of the indictment, how does
4   the jury find the defendant John Chambers, not guilty or
5   guilty?
6            THE FOREPERSON:  Guilty.
7            THE COURT:  With respect to Count 2 of the indictment,
8   conspiracy to commit bribery, how does the jury find the
9   defendant John Chambers, not guilty or guilty?
10           THE FOREPERSON:  Guilty.
11           THE COURT:  With respect to Count 3, honest services
12  wire fraud, how does the jury find the defendant John Chambers,
13  not guilty or guilty?
14           THE FOREPERSON:  Guilty.
15           THE COURT:  With respect to Count 4, conspiracy to
16  commit honest services wire fraud, how does the jury find the
17  defendant John Chambers, not guilty or guilty?
18           THE FOREPERSON:  Guilty.
19           THE COURT:  Have you signed the verdict form as the
20  foreperson?
21           THE FOREPERSON:  Yes, I have.
22           THE COURT:  And dated it?
23           THE FOREPERSON:  Yes, I have.
24           THE COURT:  Fine.  You may be seated.  Please retrieve
25  retrieve the verdict form and mark it as a court exhibit.

1             THE CLERK:  It will be No. 8, Judge.
2             THE COURT:  Mark it as Court Exhibit 8 and show it to
3    counsel.
4             (Pause)
5             THE COURT:  Are there any applications before the jury
6    is discharged?
7             MR. STAVIS:  I would ask your Honor to poll the jury.
8             THE COURT:  Very well.  I'll direct my Deputy to poll
9    the jury.
10            THE CLERK:  Listen to the verdict as it stands
11   recorded.
12            (The jury was duly polled; all jurors answer in the
13   affirmative)
14            THE CLERK:  Your Honor, the jury is polled and the
15   jury is unanimous.
16            THE COURT:  All right.  Are there any further
17   applications before the jury is discharged?
18            MR. ROSSMILLER:  Not from the government, your Honor.
19            MR. BROUNSTEIN:  No, sir.
20            THE COURT:  All right.  Members of the jury, I want to
21   thank you on behalf of the parties and the court for your
22   service as jurors in this case.  You were an attentive,
23   punctual and exemplary jury, and for that we thank you.
24            There is only one form of service that your country
25   can call upon you for that's higher than jury service, and I

1   hope in the troubled times that we live in, that none of you
2   are called for that service.
3              I am now lifting all the prohibitions that I
4   previously placed upon you.  You're free to discuss this case
5   if you wish.  I ask only that you respect the sanctity of jury
6   deliberations and speak only for yourself.
7              For those of you who have a few moments, I'll come
8   into the jury room in a few minutes and greet you.  For those
9   who have to leave, I understand fully well and appreciate your
10  service.  Please recess the jury.
11             THE CLERK:  All rise.  Jury exiting.
12             (Jury excused)
13             THE COURT:  Everyone may be seated.
14             At this time are there any further applications?
15             MR. ROSSMILLER:  Not from the government, your Honor.
16             MR. STAVIS:  Yes, from the defense.  We would ask that
17  Mr. Chambers be permitted to remain at liberty under the same
18  conditions as previous pending sentence.
19             MR. ROSSMILLER:  We have no application as to bail,
20  your Honor.
21             THE COURT:  Fine.  The conditions of bail that were
22  previously fixed in this case will continue to apply.  I will
23  set this matter down for sentencing on August 9, 2018, at 2:00
24  pm.  I am going to direct the government to promptly provide a
25  prosecution case summary to the Probation Department.

I4OJCHAF                         Verdict

1           Mr. Stavis, I'll direct you to arrange for a prompt
2   interview of your client by Probation for the purpose of
3   preparing the presentence investigation report.
4           MR. STAVIS:  Yes.  I would ask that the referral to
5   probation reflect that counsel wishes to be present at that
6   interview.
7           THE COURT:  I will include that in the referral.  Mr.
8   Chambers, I recognize this has to be a very difficult moment
9   for you.  We'll all endeavor to move forward.  For now, this
10  matter is concluded and I'll see you on August 9th.
11          (Court adjourned)