UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN CHAMBERS,

                        Movant,

              -against-

UNITED STATES OF AMERICA,

                      Respondent.

-------------------------------------------------------------x

1:17-CR-0396 (UA) (OTW)
1:21-CV-2056 (UA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

This Court interprets Movant's letter on July 26, 2021 (ECF 8) as a Motion for an extension to file its Reply to the Respondent's Answer. Such Motion is **GRANTED** *nunc pro tunc* to July 26, 2021. Accordingly, Movant's Reply to Respondent's Answer (ECF 7) is timely.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: July 27, 2021
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

1